Eastern District of Kentucky
**FILED**
SEP 05 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 13-169-DCR                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                              STATUS REPORT

REAL PROPERTIES LOCATED IN PERRY                            DEFENDANTS
COUNTY, KENTUCKY, WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON, OWNED BY
JAMES A. CHANEY AND LESA L. CHANEY

\* \* \* \* \*

The United States reports that the prosecuting AUSA expects to present an indictment, which will include a forfeiture allegation and the defendant property, at the Lexington October Grand Jury.

                                        Respectfully submitted,

                                        KERRY B. HARVEY
                                        UNITED STATES ATTORNEY

                          By:  */s/ David Y. Olinger, Jr.*
                               David Y. Olinger, Jr.
                               Assistant United States Attorney
                               260 West Vine Street, Suite 300
                               Lexington KY 40507
                               (859) 685-4896
                               fax: (859) 233-2658
                               e-mail: david.olinger@usdoj.gov