UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 13-169-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| REAL PROPERTIES LOCATED | ) | **ORDER** |
| IN PERRY COUNTY, KENTUCKY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States submitted a status report on November 21, 2016, indicating that this matter should be stayed pending the resolution of London Criminal Action 14-37-GFVT. Having reviewed the record in that action, it appears that the defendants have been sentenced. Accordingly, it is hereby

**ORDERED** that the United States is directed to submit a **STATUS REPORT** on or before **October 13, 2017.**

This 29th day of September, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge