UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 13-169-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| REAL PROPERTIES LOCATED | ) | |
| IN PERRY COUNTY, KENTUCKY, | ) | |
| WITH ALL IMPROVEMENTS AND | ) | |
| APPURTENANCES THEREON, | ) | **ORDER** |
| OWNED BY JAMES A. CHANEY AND | ) | |
| LESA L. CHANEY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The United States having moved to dismiss this action due to state foreclosure and criminal proceedings, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the United States' motion [Record No. 15] is **GRANTED**. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

This 29th day of September, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge